ORIGINAL

Angelo Cavzoglio
131 Broome St. #26
New York, N.Y. 10002

January 24, 2008

To: Mr. Victor Marrero
United States District Judge
Southern District of New York
United States District Judge
40 Centre St.
New York, N.Y. 10007

Re: 07 Civ. 7903 (VM)
Your letter dated: 1/17/2008

**MEMO ENDORSED**

Dear Sir:

I received your letter concerning service of process to defendants on a case that in front of you.

On 1/23/08 I made a personal appearance at the pro-se office, there it was discovered that my entire packet was returned & the Fed-Ex company made the error and the Pro-se clerk can also agree to this error. I followed the procedure in notifying the court of a change of address, certified, return receipt.

But I never received the packet in a timely manner so I can file the proper papers. Again, the clerk at the pro-se office is a witness too why I didn't receive my papers to serve.

I ask if may you kindly view this matter and if you ~~my~~ may grant me a 30-day extention so I may start work and issuing the complaints to defendant involved.

Sincerely,

R. Caryoglio

---

Request GRANTED. The time for plaintiff to serve defendants herein is extended to 2-28-08.

SO ORDERED:
1-25-08
DATE    VICTOR MARRERO, U.S.D.J.