USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-25-08



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

D. ALAN ROSINUS
phone: 212-788-8316
fax: 212-788-0940
email: arosinus@law.nyc.gov

August 21, 2008

**BY HAND**

Hon. Robert L. Ellis
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1970
New York, NY 10007

    Re:    Carzoglio v. Horn et al.,
                07 Civ. 7903 (VM)(RLE)

Dear Judge Ellis:

    I am an Assistant Corporation Counsel in the Office of the Corporation Counsel Michael A. Cardozo, assigned to represent the City Defendants in the above captioned matter. I write to respectfully request an adjournment of the pretrial conference scheduled in this matter for Tuesday, August 26, 2008 at 10 A.M. Courtroom Deputy Michael Brantley and I have tentatively set a new date for the conference of September 11, 2008 at 10 A.M.

    As of this date, Plaintiff has made an initial settlement demand, and we are in the process of reviewing the case's facts and analyzing the underlying law in order to make a counter-offer and further explore the possibilities of settlement. As such, the adjournment will provide the parties with time to explore the possibility of settling the case and thereby obviate the need for further proceedings.

    This is the first request for an adjournment of this conference. Plaintiff, through counsel Enrico DeMarco, consents to this request.

*Conference adjourned to 9-11-08 at 10 am.*

**SO ORDERED**
*Ronald L. Ellis*  8-25-08
**MAGISTRATE JUDGE RONALD L. ELLIS**

      Please note that, because the docket still indicates that Plaintiff is proceeding pro se, I am sending this letter both to him and to his counsel. Thank you for your consideration of this request.

                                                    Respectfully,

                                                    David A. Rosinus, Jr. (DR 2311)
                                                    Assistant Corporation Counsel

cc:    By hand
       Angelo Carzoglio
       131 Broome St. #26-E
       New York, New York 10002

       By hand
       Enrico DeMarco
       Counsel for Plaintiff
       300 Park Avenue, Suite 1700
       New York, New York 10022