UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELO CARZOGLIO,

                    Plaintiff,

        - against -

MARTIN HORN, et al.,

                    Defendants.

ORDER

07 Civ. 7903 (VM) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    Following a conference with the Court on September 11, 2008,

    **IT IS HEREBY ORDERED** that all discovery be completed by **December 11, 2008.**

**SO ORDERED this 11th day of September 2008**
New York, New York

                                              The Honorable Ronald L. Ellis
                                              United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-08