UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ANGELO CARZOGLIO,                                          **APPEARANCE**

                Plaintiff,                         Case Number: 07 Civ. 7903

-against-



COMMISSIONER MARTIN HORN,
WARDEN DANIEL OKADA, and CHIEF
FRANK SQUILLANTE,
                Defendants.
-------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for plaintiff ANGELO CARZOGLIO.

    I certify that I am admitted to practice in this Court.


Dated: September 9, 2008
       New York, N.Y.                          __ED/_____
                                               By: ENRICO DEMARCO (Bar No.: ED9579)
                                               300 Park Avenue, Suite 1700
                                               New York, New York 10022
                                               T: (212) 685-4700
                                               F:(212) 572-6499
                                               Email: edemarcolaw@aol.com